## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

### Newark Division

| | |
|---|---|
| NADAH KHOUZAM,  Plaintiff, | : : : |
| v. | : Civil Action No._____ : |
| DESIGNER BRANDS, INC., ABC CO. (1-5), and/or JOHN DOE (1-5) (said names being fictitious and unknown, herby used to connote either singular or plural individuals and/or companies, corporations or entities who may have owned, leased, managed, operated, controlled, and were otherwise responsible for the subject premises),  Defendants. | : : : : : : : : : : |

### PETITION IN SUPPORT OF NOTICE OF REMOVAL OF DEFENDANT DESIGNER BRANDS, INC.

Pursuant to 28 U.S.C. § 1441(a), Defendant Designer Brands, Inc., by and through its Counsel, Kane, Pugh, Knoell, Troy & Kramer, LLP, and Justin A. Bayer, Esquire, hereby submits this Petition in Support of Notice of Removal from the Superior Court of the State of New Jersey, Law Division–Middlesex County, to the United States District Court for the District of New Jersey. Defendants appear specially so as to reserve any and all rights of defenses under Federal Rule of Civil Procedure 12 or otherwise, including but not limited to the defenses of lack of personal jurisdiction, failure to state a claim upon which relief can be granted, and improper service of process. In support of its Notice of Removal, Defendant states as follows:

1. Plaintiff commenced this action by way of Complaint filed in the Superior Court for the State of New Jersey, Law Division–Middlesex County, on or about January 20, 2022, as *Khouzam Nadah vs. Designer Brands, Inc.,* Docket No. MID L-000337-22. *See* Complaint, attached as Exhibit "A".

2. Middlesex County, New Jersey, is embraced by this United States District.

3. Defendant's Notice of Removal has been filed in this United States District Court within the time provided by law for the removal of civil to the United States District Courts.

4. This Court has original jurisdiction over this action, under 28 U.S.C. § 1332(a), because it is a civil action between citizens of different states and, upon information and belief, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests or costs.

5. Upon information and belief, and as alleged in the Complaint, Plaintiff, Nadah Khouzam, is domiciled and, therefore, a citizen of the State of New Jersey. *See* Exhibit A at the introductory paragraph.

6. Defendant, Designer Brands, Inc., is a corporation, incorporated in the State of Ohio with a principal place of business in the State of Ohio.

7. Under 28 U.S.C. § 1441(b), in determining whether the Court has original jurisdiction based upon diversity of citizenship, the citizenship of any Defendant sued under a fictitious name is to be disregarded.

8. Thus, there is complete diversity of citizenship between Plaintiff and Defendant.

9. Plaintiff alleges she sustained personal injuries and damages as customer in a store owned by Defendant.

10. Plaintiff alleges damages in an unspecified amount, but the demand of which, upon information and belief, exceeds the sum of $75,000, exclusive of interests or costs.

11. Upon information and belief, no other defendants in this action have been served, and removal is proper pursuant to 28 U.S.C. § 1446(b).

12. Upon information and belief, Defendant is filing said notice in compliance with the requirements under 28 U.S.C. § 1446(b).

13. Defendant has not plead or otherwise appeared in this action.

14. By reason of the foregoing, a removal of the action to this Court is proper, under 28 U.S.C. §§ 1332(a), 1441(a).

15. Defendant is providing written notice of this removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of Court of the Superior Court of the State of New Jersey, Middlesex County, thereby effecting the removal of this action to this Court.

16. Removal is hereby effective, without waver of any challenges Defendant may have under Federal Rule of Civil Procedure 12 or otherwise.

                              Respectfully submitted,

                              **KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

BY:   /s/ Justin A. Bayer
        Justin A. Bayer, Esq.
        510 Swede Street
        Norristown, PA  19401
        Phone: 610-275-2000
        Fax: 610-275-2018
        Email:  jbayer@kanepugh.com
        NJ 032722004
        Attorney for Defendant
        *Designer Brands, Inc.*

Dated: February 9, 2022

4857-1261-9276, v. 2