# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**Trenton**

| | |
|---|---|
| NADAH KHOUZAM,<br>　　　　Plaintiff,<br><br>v.<br><br>DESIGNER BRANDS, INC., ABC CO. (1-5), and/or JOHN DOE (1-5) (said names being fictitious and unknown, herby used to connote either singular or plural individuals and/or companies, corporations or entities who may have owned, leased, managed, operated, controlled, and were otherwise responsible for the subject premises),<br>　　　　Defendants. | Case No. 3:22-cv-00675-ZNQ-JTQ<br><br>Hon. Zahid N. Quraishi |

## ORDER

It is on this **25th** day of **October 2024**, it having been reported to the Court that this matter will be arbitrated,

**IT IS ORDERED** that the case is stayed pursuant to the parties entering into an Arbitration Agreement. The parties shall notify the Court within seven (7) days of an agreement so the case can be dismissed; and

**IT IS FURTHER ORDERED** that the Clerk's office is instructed to ADMINISTRATIVELY TERMINATE this matter pending the outcome of arbitration.

s/ Zahid N. Quraishi<br>
ZAHID N. QURAISHI<br>
United States District Judge