Salvatore Imbornone, Jr. – No. 000801984
McHUGH & IMBORNONE, P.A.
29 Columbia Turnpike, Suite 101
Florham Park, New Jersey 07932
Telephone: (973) 966-1520
Electronic Mail: bryan@minjlaw.com; anthony@minjlaw.com; ana@minjlaw.com

Attorneys for plaintiff, Nadah Khouzam

| | |
|---|---|
| NADAH KHOUZAM,<br><br>Plaintiff,<br><br>v.<br><br>DESIGNER BRANDS, INC., ABC CO. (1-5), and/or JOHN DOE (1-5) (said names being fictitious and unknown, herby used to connote either singular or plural individuals and/or companies, corporations or entities who may have owned, leased, managed, operated, controlled, and were otherwise responsible for the subject premises),<br><br>Defendants. | No. 3:22-cv-00675-ZNQ-<br><br>Civil Action<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that plaintiff's claim be and is hereby dismissed with prejudice and without costs against either party.

Kane, Pugh, Knoell, Troy & Kramer, LLP
Attorneys for defendant, Designer Brands, Inc.

_/s/ G B_
Justin A. Bayer, Esq.
Dated: _July 8_, 2025

McHugh & Imbornone, P.A.
Attorneys for plaintiff, Nadah Khouzam

_/s/_
Salvatore Imbornone, Jr., Esq.
Dated: June 5, 2025

SO ORDERED.

s/ Zahid N. Quraishi
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

Dated; 07/15/2025